**DRAGON INTELLECTUAL PROPERTY, LLC,**
**Plaintiff-Appellant**

v.

**APPLE INC., AT & T Services, Inc., Charter Communications, Inc., Comcast Cable Communications, LLC, Cox Communications, Inc., DirecTV, LLC, Dish Network LLC, Sirius XM Radio Inc., Time Warner Cable Inc., Verizon Communications, Inc., Defendants-Appellees**

2016-2186
2016-2453
2016-2454
2016-2456
2016-2459
2016-2460
2016-2461
2016-2462
2016-2463
2016-2464

United States Court of Appeals, Federal Circuit.

Decided: November 1, 2017

LEI MEI, Mei & Mark LLP, Washington, DC, argued for plaintiff-appellant. Also represented by LAURENCE M. SANDELL.

MICHAEL JAY, Boies, Schiller & Flexner LLP, Santa Monica, CA, argued for defendant-appellee Apple Inc. Also represented by NANDAN PADMANABHAN.

MICHAEL HAWES, Baker Botts LLP, Houston, TX, argued for defendants-appellees AT & T Services, Inc., DISH Network LLC, DirecTV, LLC. Defendant-appellee AT & T Services, Inc. also represented by MICHELLE JACOBSON EBER, ROGER FULGHUM; BRYANT C. BOREN, JR., Palo Alto, CA. Defendant-appellee DISH Network LLC also represented by BRADLEY BOWLING, ALI DHANANI, MICHAEL SHERBY; GEORGE HOPKINS GUY, III, Palo Alto, CA; JAMIE ROY LYNN, Washington, DC. Defendant-appellee DirecTV, LLC also represented by KEVIN GERARD MCBRIDE, Akin Gump Strauss Hauer & Feld, LLP, Irvine, CA; JOHN WITTENZELLER, Philadelphia, PA.

MICHAEL MARTIN MURRAY, Winston & Strawn LLP, New York, NY, argued for defendants-appellees Charter Communications, Inc., Comcast Cable Communications, LLC, Cox Communications, Inc., Time Warner Cable Inc., Verizon Communications, Inc. Also represented by MICHAEL LOUIS BRODY, Chicago, IL; GEOFFREY P. EATON, Washington, DC.

MARK BAGHDASSARIAN, Kramer Levin Naftalis & Frankel LLP, New York, NY, argued for defendant-appellee Sirius XM Radio Inc. Also represented by SHANNON H. HEDVAT.

Before Moore, Mayer, and Stoll, Circuit Judges.

Stoll, Circuit Judge.

Dragon Intellectual Property appeals the district court's Final Judgments entered pursuant to the parties' stipulations of noninfringement of claims 1–4, 8, and 10 of U.S. Patent No. 5,930,444. Our decision today in a related case, *Dragon Intellectual Property, LLC v. DISH Network LLC et al.*, Nos. 2016-2468, -2492, affirms the Patent Trial and Appeal Board's determination that claims 1–4, 7–10, 13, and 14 of the '444 patent are invalid. Accordingly, we dismiss this appeal as moot.

## DISMISSED AS MOOT

COSTS

No costs.